Dale Maisano 07787
ASP Red Rock
1750 E. Arica Rd
Eloy, Arizona 85131

original
1/1

In The United States District Court
For The Middle District of Tennessee

RECEIVED IN CLERK'S OFFICE
MAR 15 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

Dale Maisano,           17-549
    Plaintiff,                    Jury Trial Demanded x 12
v.
"Core Civic" aka CCA,           42. U.S.C. §§ 1997(e), 1983,
Arizona Correctional Industries,  1985, 1988, Under The Civil
Arizona State of                 Right Act of 1871 a Act Pushed
    Defendants                   Under RICO Act violating St. and Fed.

All Defendants are Guilty as charged of use of used products in the making of new mattresses. We are or were given new mattresses that in one week went from Flat — to ∪ unusable, filled with toxic waste. See old Case Maisano V. Arizona, State of re Mattresses.

One Criminal Industry Shields The Other. One Hand do another, We as Inmates suffer as well as J.Q. Public, They Pay For Both. This is a D.O.J. issue.

1. Request The Court to Contact D.O.J.
2. Pay each and every person forced to use one of these mattresses for life for all medical cost, as well as One Million Dollars U.S. Under The Color of State Law and Under The Civil Right Act of 1871 5 Million Dollars U.S. Not a Joke.

Submitted this 12th Day of Dec 2011 by Dale Maisano

Case 3:17-cv-00549 Document 1 Filed 03/15/17 Page 1 of 2 PageID #: 1

request as well for The Plaintiff

INMATE MAIL; ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Dale M Maisano
ADC # 077577
Arizona State Prison Complex Rull Rock
Unit C.D.U.
City Globe AZ 85111
(For International Use Only)

Legal Mail

LEGAL MAIL
AZ DEPT. OF
CORRECTIONS

PHOENIX
AZ 852
12 DEC '16
PM 8 L

Mailed From 85131
12/12/2016
032A 0061837213
US POSTAGE
$ 00.47
First-Class

Clerk of The US Dist Ct
801 Broadway
Nashville, Tenn 37203

37203-381699

Case 3:17-cv-00549 Document 1 Filed 03/15/17 Page 2 of 2 PageID #: 2